957 A.2d 224

**Thomas WHITAKER, Petitioner**

v.

**PHILADELPHIA COURT OF COMMON PLEAS, Respondent.**

Supreme Court of Pennsylvania.

Sept. 10, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of September, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

957 A.2d 225

**Tonya P. DAVIS, aka Princess Davis, Petitioner**

v.

**Ronnie L. DAVIS, Respondent.**

**No. 62 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 11, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2008, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**